CLD-060         UNITED STATES COURT OF APPEALS
                    FOR THE THIRD CIRCUIT
                        _____

                         No. 19-2915
                        _____

                  UNITED STATES OF AMERICA

                             v.

                     TERRENCE GIBBS,
                   a/k/a T, a/k/a Terry,
                                    Appellant
        _____

         On Appeal from the United States District Court
             for the Eastern District of Pennsylvania
                (D.C. Crim. No. 2:96-cr-00539-002)
           District Judge: Honorable Harvey Bartle, III
        _____

     Submitted on Appellee's Motion for Summary Action Pursuant
              to Third Circuit L.A.R. 27.4 and I.O.P. 10.6

                      December 5, 2019

       Before: JORDAN, KRAUSE, and MATEY, Circuit Judges
                        _____

                         **JUDGMENT**
                        _____

    This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on the motion of Appellee for summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on December 5, 2019. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered July 22, 2019, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: December 11, 2019

**Certified as a true copy and issued in lieu of a formal mandate on** January 2, 2020

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**