IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TERRENCE GIBBS | : | NO. 96-539-2 |

<u>ORDER</u>

AND NOW, this 5th day of March, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of Terrence Gibbs "to modify term of imprisonment under 18 U.S.C. § 3582(c)(1)(A)" is DENIED.

BY THE COURT:

<u>/s/ Harvey Bartle III</u>
J.