```
                  IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    UNITED STATES OF AMERICA       :         CRIMINAL ACTION
                                   :
              v.                   :
                                   :
    TERRENCE GIBBS                 :         NO. 96-539-2
```

### ORDER

AND NOW, this 9th day of March, 2020, it is hereby ORDERED that the application of defendant to proceed without prepayment of fees and affidavit is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                           J.