```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TERRENCE GIBBS | : | NO. 96-539-2 |

## ORDER

And now, this 2nd day of September 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Terrence Gibbs to reduce his sentence and grant compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. # 1275) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.