IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TERRENCE GIBBS | : | NO. 96-539-2 |

ORDER

AND NOW, this 7th day of July 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of Terrence Gibbs for reduction of supervised release (Doc. #1350) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                              J.